

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

March 4, 2026

*Document Electronically Filed*
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> Plaintiff's request at Dkt. No. 10 is **GRANTED**. The amended briefing schedule set forth below is **ADOPTED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 10.
>
> SO ORDERED.    March 5, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    Veras Rodriguez v. Commissioner of Social Security
       Docket No: 1:25-cv-09194-SLC

Hon. Judge Cave:

This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file Plaintiff's Brief in this matter, to May 11, 2026. Plaintiff's Brief is currently due on March 11, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between February 27 and May 8, 2026, staff in Counsel's office have two hundred and fifty-five (255) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before April 10, 2026;**
- **Defendant's Brief is due on or before June 9, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before June 23, 2026.**



250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

Thank you for your consideration.

        Respectfully submitted,

        */s/ Howard D. Olinsky*

        Howard D. Olinsky, Esq.
        Counsel for Plaintiff


CC [via ECF]: Fergus Kaiser, Esq., Attorney for Defendant